# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawrence M., <br><br> Plaintiff, <br><br> v. <br><br> Frank Bisignano, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 5:24-cv-02228-MAA <br><br> **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $7,500.00 and costs in the amount of $405.00.

**IT IS SO ORDERED**.

DATED:   05/12/2025

HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE